IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN C. GARDNER
ASHLEY M. GARDNER
      Debtors

CHAPTER 13

BK. No. 17-12660 MDC

## ORDER

AND NOW, this 3rd day of December, 2018, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRAD J. SADEK, ESQUIRE
SADEK AND COOPER
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

BRIAN C. GARDNER
704 CLYMER LANE
RIDLEY PARK, PA 19078

ASHLEY M. GARDNER
704 CLYMER LANE
RIDLEY PARK, PA 19078